# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3335

_____

United States of America,          *
                                   *
            Appellee,              *    Appeal from the United States
                                   *    District Court for the Western
       v.                          *    District of Arkansas.
                                   *
Anthony Carniglia,                 *          [UNPUBLISHED]
                                   *
            Appellant.             *

_____

Submitted: June 15, 1999
Filed: June 21, 1999

_____

Before BOWMAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

Anthony Carniglia appeals his conviction for aiding and abetting a second-degree murder. Carniglia contends the district court should have granted his motions for acquittal because a reasonably minded jury could not find him guilty of aiding and abetting the charged offense. Having carefully reviewed the record, we conclude Carniglia's contention is without merit. We also conclude that an extended discussion of the fact-intensive issue presented by this appeal will serve no useful purpose. We thus affirm Carniglia's conviction. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.